TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Shavon Burt*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shavon Burt, | Case No.: 2:20-cv-01074-SMB |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE REGARDING MERCHANTS & MEDICAL CREDIT CORPORATION, INC** |
| Equifax Information Services, LLC., et al. | |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses her claims against

Defendant Merchants & Medical Credit Corporation, Inc., without prejudice.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENT LAW OFFICES

DATED: December 2, 2020

By:   /s/   Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
Shavon Burt

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and mailed a copy of same to the following if non-registrants on the 2nd day of December, 2020.

*/s/ Trinette G. Kent*
Kent Law Offices
3219 E Camelback Rd, Suite 588
Phoenix, AZ 85108